```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER RANSOM,

                Plaintiff,

-against-

C.O. BANKS, et al.,

                Defendants.

1:20-cv-10232 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court has received a letter from Defendants seeking leave to file a motion to dismiss Plaintiff's Complaint in this case. *See* Letter to Court, ECF No. 19. Plaintiff is incarcerated and there is no guarantee that he could appear at any conference in this case, particularly in light of restrictions as a result of COVID-19. Accordingly,

      IT IS HEREBY ORDERED that no pre-motion conference will be held in this case. Defendants may file their motion to dismiss the Complaint, and the motion will be briefed as follows:

- Defendants' Motion must be filed on or before May 10, 2021;
- Plaintiff's Opposition must be filed on or before June 10, 2021;
- Defendants' Reply, if any, must be filed on or before July 2, 2021.

Any requests for extension of these deadlines must be filed at least 72 hours in advance of the deadline. The Clerk of Court respectfully is requested to close the motion at ECF No. 17 and to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

**Date: April 7, 2021**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**