UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2022

CHRISTOPHER RANSOM,

        Plaintiff,

-against-

CORRECTION OFFICER BANKS, CAPTAIN KELLY, CAPTAIN SMART, and CAPTAIN ALEXIS,

        Defendants.

1:20-cv-10232 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On March 14, 2022, the Court granted Defendants' Motion to Dismiss [ECF No. 21], and granted Plaintiff leave to amend his Complaint on or before April 14, 2022. [ECF No. 38] (the "March 14 Opinion"). On April 14, 2022, the Court received a letter that Plaintiff's address had changed. [ECF No. 40]. Given the change of address, the Court is uncertain if Plaintiff (who is incarcerated) received the March 14 Opinion dismissing his case and granting him leave to amend his Complaint. In an abundance of caution, the Court hereby extends Plaintiff's time to amend his Complaint *nunc pro tunc*. If Plaintiff elects to amend his Complaint—which must take into account the pleading deficiencies identified in the March 14 Opinion—any amendment shall be filed on or before June 27, 2022. The Clerk of the Court is respectfully requested to mail a copy of this order and the March 14 Opinion [ECF No. 38] to Plaintiff at the address of record.

**SO ORDERED.**

Date: May 26, 2022
      New York, NY

                                           **MARY KAY VYSKOCIL**
                                           **United States District Judge**